1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

STEVEN WAYNE BONILLA,

Case Nos.  25-cv-6189-PJH

Plaintiff,

8

25-cv-6267-PJH

25-cv-6269-PJH

9

v.

25-cv-6276-PJH

10

25-cv-6277-PJH

ALAMEDA COUNTY SUPERIOR

25-cv-6278-PJH

11

COURT et. al.,

25-cv-6280-PJH

Defendants.

25-cv-6281-PJH

12

25-cv-6300-PJH

13

25-cv-6301-PJH

14

25-cv-6302-PJH

15

25-cv-6303-PJH

16

25-cv-6344-PJH

25-cv-6345-PJH

17

25-cv-6346-PJH

18

25-cv-6347-PJH

19

25-cv-6348-PJH

20

25-cv-6349-PJH

25-cv-6350-PJH

21

25-cv-6352-PJH

22

25-cv-6354-PJH

23

25-cv-6356-PJH

25-cv-6357-PJH

24

25-cv-6358-PJH

25

25-cv-6359-PJH

26

25-cv-6360-PJH

25-cv-6371-PJH

27

25-cv-6436-PJH

28

25-cv-6438-PJH

United States District Court
Northern District of California

United States District Court
Northern District of California

1   25-cv-6439-PJH
2   25-cv-6546-PJH
3   25-cv-6575-PJH
4   25-cv-6576-PJH
5   25-cv-6577-PJH
6   25-cv-6578-PJH
7   25-cv-6579-PJH
8   25-cv-6580-PJH
9   25-cv-6581-PJH
10  25-cv-6583-PJH
11  25-cv-6584-PJH
12  25-cv-6585-PJH
13  25-cv-6663-PJH
14  25-cv-6664-PJH
15  25-cv-6665-PJH
16  25-cv-6666-PJH
17  25-cv-6681-PJH
18  25-cv-6683-PJH
19  25-cv-6684-PJH
20  25-cv-6758-PJH
21  25-cv-6759-PJH
22  25-cv-6760-PJH
23  25-cv-6761-PJH
24  25-cv-6762-PJH
25  25-cv-6763-PJH
26  25-cv-6764-PJH
27  25-cv-6765-PJH
28  25-cv-6845-PJH
    25-cv-6848-PJH
    25-cv-6850-PJH
    25-cv-6851-PJH
    25-cv-6853-PJH
    25-cv-6854-PJH
    25-cv-6855-PJH
    25-cv-6893-PJH
    25-cv-6894-PJH
    25-cv-6895-PJH

1

2

3

4

5

6

[25-cv-6897-PJH](25-cv-6897-PJH)
[25-cv-6898-PJH](25-cv-6898-PJH)

**ORDER DISMISSING MULTIPLE
CASES WITH PREJUDICE**

7     Plaintiff, a state prisoner, filed multiple pro se civil rights complaints under 42

8  U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

9  petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

10  YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

11  *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

12     Plaintiff presents nearly identical claims in these actions.  He names as

13  defendants various federal judges, state judges, and state courts.  He seeks relief

14  regarding his underlying conviction or how his other cases were handled by the state and

15  federal courts.

16     To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

17  he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

18  "under imminent danger of serious physical injury" at the time he filed his complaint.  28

19  U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

20  No. 13-0951 CW.

21     The allegations in these complaints do not show that plaintiff was in imminent

22  danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

23  IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

24  U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

25  *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

26  828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

27  prejudice.  The court notes that plaintiff has an extensive history of filing similar frivolous

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1  cases.[1]

2    Furthermore, these are not cases in which the undersigned judge's impartiality

3  might be reasonably questioned due to the repetitive and frivolous nature of the filings.

4  *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate

5  reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases

6  assigned to that judge). [2]

7    The clerk shall terminate all pending motions and close these cases.  The clerk

8  shall return, without filing, any further documents plaintiff submits in these closed cases.

9    **IT IS SO ORDERED.**

10  Dated: August 20, 2025

11

12              */s/ Phyllis J. Hamilton*

13              PHYLLIS J. HAMILTON
            United States District Judge

---

[1] The undersigned is the fourth judge assigned cases filed by plaintiff.  This is the 78th order issued by the undersigned since April 30, 2020, pertaining to 1,230 different cases. Plaintiff filed 962 other cases with the three other judges since 2011.

[2] Plaintiff names the undersigned as a defendant in four of these cases, though presents no specific allegations.  *See* Case Nos. 25-6281, 25-6546, 25-6681, 25-6763.  Plaintiff does not seek recusal, nor is recusal warranted considering the frivolous nature of the cases.

4